# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENISE BURDEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MAR B, INC., an Oklahoma corporation, )<br>and McDONALD'S CORPORATION, )<br>a foreign corporation, )<br>)<br>    Defendants. ) | Case No. 16-CV-55-GKF-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Denise Burden and Defendant Mar B, Inc., pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), hereby agree to the dismissal of the above-captioned action with prejudice to its re-filing, with each party to bear its own attorney fees and costs.

Dated this 5th day of August, 2016.

/s/ Christopher L. Camp
**Christopher L. Camp, OBA #18541**
**CAMP LAW FIRM**
7122 South Sheridan Rd., Ste. #2-382
Tulsa, Oklahoma 74133
Telephone: (918) 200-4871
Facsimile: (918) 550-8337
E-mail: camplawfirm@gmail.com

**Attorney for Plaintiff Denise Burden**

/s/ J. Patrick Cremin
**J. Patrick Cremin, OBA #2031**
**HALL ESTILL, HARDWICK, GABLE,**
 **GOLDEN & NELSON, P.C.**
320 South Boston Ave., Ste. 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0594
Facsimile: (918) -594-0505
E-mail: **pcremin@hallestill.com**

**Attorney for Defendant Mar B, Inc.**